IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>RAYMOND RONELL,<br><br>              Defendant.<br>                                                      / | CASE NOS. CR F 06-0066 LJO AND CV F 10-1710 LJO<br><br>**ORDER TO RELIEVE COUNSEL AND TO APPOINT FEDERAL DEFENDER**<br>(Doc. 6.) |

The Ninth Circuit Court of Appeals remanded this action to this Court to address defendant's attempt to seek relief under 28 U.S.C. § 2255. Current defense counsel Patience Milrod is unable to continue to represent defendant in this matter. As such, this Court:

1. GRANTS Ms. Milrod's application to withdraw as counsel and relieves her as counsel for defendant;
2. APPOINTS the Federal Defender in place of Ms. Milrod as counsel for defendant; and
3. ORDERS the Federal Defender, no later than June 24, 2013, to file and serve a status report to address the Federal Defender's intentions and to outline plans to pursue 28 U.S.C. § 2255 relief for defendant.

IT IS SO ORDERED.

**Dated:   May 14, 2013**            /s/  Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1